## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>HART, DONNA<br><br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-60146 JS<br><br>JUDGE JOHN SQUIRES |

## TRUSTEE'S FINAL REPORT

To:  THE HONORABLE JOHN SQUIRES
     BANKRUPTCY JUDGE

NOW COMES DAVID GROCHOCINSKI, TRUSTEE herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.      DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 10/14/05. The Trustee was appointed on 10/14/05. An order for relief under Chapter 7 was entered on 10/14/05.

2.      The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3.      The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.      A summary of the Trustee's Final Report as of 5/23/07 is as follows:

a. RECEIPTS (See Exhibit C)                                    $                17,537.49

b. DISBURSEMENTS (See Exhibit C)                        $                      0.00

c. NET CASH available for distribution                     $                17,537.49

d. TRUSTEE/PROFESSIONAL COSTS
   1. Trustee compensation requested (See Exhibit E)    $                 2,503.75
   2. Trustee Expenses (See Exhibit E)                        $                    229.50
   3. Compensation requested by attorney or other
      professionals for trustee (See Exhibit F)              $                 7,640.95
e. Illinois Income Tax for Estate (See Exhibit G)          $                      0.00

5.      The Bar Date for filing unsecured claims expired on 09/25/06.

6.      All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the

Trustee.   The actual dollar amount of claims allowed and/or requested for this estate is as follows:

a. Allowed unpaid secured claims                             $                      0.00

b. Chapter 7 Administrative and 28 U.S.C. §1930 claims   $                10,624.20

c. Allowed Chapter 11 Administrative Claims             $                      0.00

d. Allowed priority claims                                        $                      0.00

e. Allowed unsecured claims                                    $                 6,913.29

7.      Trustee proposes that unsecured creditors receive a distribution of 100.00% of allowed claims,

plus interest from the date of bankruptcy filing to estimated date of filing of TFR at T-Bill Rate of 4.14%.

8.      Total compensation and expense previously awarded to Trustee's counsel, accountant or other

professional was $0.00.  Professional's compensation and expense requested but not yet allowed is

$7,640.95.  The total of Chapter 7 professional fees and expenses request ed for final allowance is

$10,374.20. (A summary of the professional fees and expenses previously requested is attached hereto

as Exhibit G.)

9.      A fee of $750.00 was paid to Debtor's counsel for services rendered in connection with this case,

and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for noti ce and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b).   The Trustee further request s that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.


Dated: 5/23/07                          RESPECTFULLY SUBMITTED,


                          By:/s/David E. Grochocinski
                          DAVID GROCHOCINSKI, TRUSTEE
                          1900 RAVINIA PLACE
                          ORLAND PARK, IL  60462
                          Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL  60462

Invoice submitted to:
Hart, Donna

May 23, 2007

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | **General administration** | | | |
| 12/19/2005 | DEG | Receipt and review of agreed order of dissolution of marriage | 0.20 | 70.00 |
| | | General administration | 350.00/hr | |
| 2/20/2006 | DEG | Review of schedules and financial affairs prior to 341 meeting | 0.80 | 280.00 |
| | | General administration | 350.00/hr | |
| 2/22/2006 | DEG | Ordered tract search on property at 465 Iroquois, Hillside | 0.50 | 175.00 |
| | | General administration | 350.00/hr | |
| | DEG | Order tract search on property at 1821-25 w. Roosevelt, Broadview | 0.50 | 175.00 |
| | | General administration | 350.00/hr | |
| 2/26/2006 | DEG | Receipt and review of tract seach | 0.30 | 105.00 |
| | | General administration | 350.00/hr | |
| 3/1/2006 | DEG | Receipt and review of judgment for dissolution of marriage | 1.50 | 525.00 |
| | | General administration | 350.00/hr | |
| 3/9/2006 | DEG | Receipt and review of tract seach on 1821-25 W. Roosevelt | 0.30 | 105.00 |
| | | General administration | 350.00/hr | |
| 3/29/2006 | DEG | Receipt and review of letter from Picone regarding motion to employ attorneys on behalf of Trustee | 0.20 | 70.00 |
| | | General administration | 350.00/hr | |
| 4/10/2006 | DEG | Letter to Picone with copy of order employing counsel on behalf of Trustee; also possible resolution | 0.20 | 70.00 |
| | | General administration | 350.00/hr | |
| 4/15/2006 | DEG | Prepared notice of interest in real estate and sent with letter and check to be recorded | 0.50 | 175.00 |
| | | General administration | 350.00/hr | |
| 4/18/2006 | DEG | Receipt and review of letter from R. Picone regarding various issues | 0.50 | 175.00 |
| | | General administration | 350.00/hr | |

*Exhibit A*

Hart, Donna

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/15/2006 | DEG | Prepared notice of interest in real estate with letter and check to recorder regarding 1821-25 W. Roosevelt, Broadview<br>General administration | 0.50<br>350.00/hr | 175.00 |
| 6/28/2006 | DEG | Receipt and review of answer of Wilbury Hart and Jason Hart to complaint<br>General administration | 1.00<br>350.00/hr | 350.00 |
| 7/19/2006 | DEG | Receipt and review of notice for motion to file response late and non-electronically from Picone<br>General administration | 0.20<br>350.00/hr | 70.00 |
| 11/1/2006 | DEG | Review of claims docket<br>General administration | 0.20<br>350.00/hr | 70.00 |
| 11/3/2006 | DEG | Prepared letters and send poc form to creditors; inform of need to file claims for distribution<br>General administration | 1.50<br>350.00/hr | 525.00 |
| | DEG | Telephone conference with Icon regarding need to withdraw duplicate claim #5<br>General administration | 0.30<br>350.00/hr | 105.00 |
| 1/23/2007 | DEG | Letter and copies of documents to accountant with order and direction to do tax returns<br>General administration | 0.80<br>350.00/hr | 280.00 |
| 5/21/2007 | DEG | Receipt and review of letter regarding taxes and invoice from accountant<br>General administration | 0.50<br>350.00/hr | 175.00 |
| 5/22/2007 | DEG | Prepared final report<br>General administration | 2.50<br>350.00/hr | 875.00 |

|  | | |  |  |
|---|---|---|---|---|
| SUBTOTAL: | | [ | 13.00 | 4,550.00] |
| For professional services rendered | | | 13.00 | $4,550.00 |

## TRUSTEE COSTS

| | | |
|---|---|---|
| 1) | Recorder of Deeds – 3 items recorded | $109.50 |
| 2) | Property Insights – 2 tract searches | 120.00 |

**TOTAL COSTS**          **$229.50**

**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
| | |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto | |

TOTAL RECEIPTS                                            $_____17,537.49

TOTAL SCHEDULED VALUE
OF PROPERTY ABANDONED                          $_____0.00

TOTAL SCHEDULED VALUE
OF EXEMPT PROPERTY                                 $_____1,600.00

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05B-60146 JS

**Case Name:** HART, DONNA

**Period Ending:** 05/23/07

**Trustee:** (520067)    DAVID GROCHOCINSKI, TRUSTEE

**Filed (f) or Converted (c):** 10/14/05 (f)

**§341(a) Meeting Date:** 02/28/06

**Claims Bar Date:** 09/25/06

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1 | CHECKING ACCOUNT | 50.00 | 0.00 | | 0.00 | FA |
| 2 | FURNITURE | 1,200.00 | 0.00 | | 0.00 | FA |
| 3 | CLOTHING | 350.00 | 0.00 | | 0.00 | FA |
| 4 | 2004 CHEVY MALIBU | 13,000.00 | 0.00 | | 0.00 | FA |
| 5 | 1821-25 W. ROOSEVELT ROAD, BROADVIEW, IL | 350,000.00 | 87,637.25 | | 17,500.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 37.49 | Unknown |
| 6 | **Assets    Totals** (Excluding unknown values) | **$364,600.00** | **$87,637.25** | | **$17,537.49** | **$0.00** |

**Major Activities Affecting Case Closing:**

SETTLED ADVERSARY PROCEEDING FOR FRAUDULENT TRANSFER 06 A 01048; FUNDS RECEIVED AND ACCOUNTANT EMPLOYED TO PREPARE TAX RETURNS

**Initial Projected Date Of Final Report (TFR):** December 30, 2007

**Current Projected Date Of Final Report (TFR):** December 30, 2007

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05B-60146 JS |
| **Case Name:** | HART, DONNA |
| | |
| **Taxpayer ID #:** | 13-7550390 |
| **Period Ending:** | 05/23/07 |

| | |
|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****52-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/02/07 | {5} | RESIDENTIAL TITLE SERVICES, INC. | SETTLEMENT OF ADVERSARY PROCEEDING 06A 01048 | 1141-000 | 17,500.00 | | 17,500.00 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 9.75 | | 17,509.75 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 8.72 | | 17,518.47 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 9.35 | | 17,527.82 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 9.67 | | 17,537.49 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 17,537.49 | 0.00 | **$17,537.49** |
| Less: Bank Transfers | | 0.00 | 0.00 |
| **Subtotal** | | 17,537.49 | 0.00 |
| Less: Payments to Debtors | | | 0.00 |
| **NET Receipts / Disbursements** | | **$17,537.49** | **$0.00** |

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 05B-60146 JS |
| Case Name: | HART, DONNA |
| | |
| Taxpayer ID #: | 13-7550390 |
| Period Ending: | 05/23/07 |

| | |
|---|---|
| Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****52-66 - Checking Account |
| Blanket Bond: | $5,000,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | |
|---|---|
| Net Receipts : | 17,537.49 |
| Net Estate : | $17,537.49 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****52-65** | 17,537.49 | 0.00 | 17,537.49 |
| **Checking # ***-*****52-66** | 0.00 | 0.00 | 0.00 |
| | $17,537.49 | $0.00 | $17,537.49 |

{} Asset reference(s)

Printed: 05/23/2007 10:46 AM    V.9.02

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:
HART, DONNA

                                            Debtor(s)

CHAPTER 7 CASE

CASE NO. 05B-60146 JS

JUDGE JOHN SQUIRES

**PROPOSED DISTRIBUTION REPORT**

I, <u>DAVID GROCHOCINSKI, TRUSTEE</u> herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 10,624.20 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 4,987.08 |
| Tardily-Filed Unsecured Claims: | $ 1,572.97 |
| Post-Petition Interest: | $ 353.24 |

<u>TOTAL AMOUNT TO BE DISTRIBUTED:</u>                    $ 17,537.49

**EXHIBIT D**

**DISTRIBUTION REPORT**                                                        **PAGE 1**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $        0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $     10,624.20 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 900.00 | 900.00 |
| ADMIN2 | CLERK, U.S. BANKRUPTCY COURT | 250.00 | 250.00 |
| ADMIN3 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 6,632.50 | 6,632.50 |
| ADMIN4 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 108.45 | 108.45 |
| ADMIN5 | DAVID GROCHOCINSKI, TRUSTEE | 2,503.75 | 2,503.75 |
| ADMIN6 | DAVID GROCHOCINSKI, TRUSTEE | 229.50 | 229.50 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $        0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

§507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f)  $  0.00  0.00%

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL  $ | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

§507(a)(3) - Wages, salaries or commissions limited to $4,300.00  $  0.00  0.00%

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL  $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

§507(a)(4) - Contributions to Employee Benefit Funds  $  0.00  0.00%

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL  $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

§507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00  $  0.00  0.00%

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL  $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

507(a)(6) - Deposits by consumers to the extent of $1,950.00  $  0.00  0.00%

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | | FINAL DIVIDEND% |
|---|---|---|---|---|
| | §507(a)(7) - Alimony | $ 0.00 | | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | | FINAL DIVIDEND% |
|---|---|---|---|---|
| | §724(b)(6) - Tax Liens: | $ 0.00 | | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | | FINAL DIVIDEND% |
|---|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $ 0.00 | | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | | FINAL DIVIDEND% |
|---|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | | 0.00% |

| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|---|
| | | TOTAL | $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $       4,987.08 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 001 | AMERICAN EXPRESS TRAVEL RELATED SERVICES CO | 4,358.01 | 4,358.01 |
| 002 | KOHL'S DEPARTMENT STORE | 161.55 | 161.55 |
| 003 | RECOVERY MANAGEMENT SYSTEMS CORP. | 271.52 | 271.52 |
| 004 | ICON DIRECT MARKETING | 196.00 | 196.00 |
| | | TOTAL        $ | 4,987.08 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| General Unsecured Subordinated claims | | $       0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL        $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $       1,572.97 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 006 | DUPAGE UROLOGY ASSOCIATES | 104.82 | 104.82 |
| 007 | COMMONWEALTH EDISON | 1,468.15 | 1,468.15 |
| | | TOTAL        $ | 1,572.97 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $       0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(5) - Interest | | $          353.24 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 001I | AMERICAN EXPRESS TRAVEL RELATED SERVICES CO | 234.67 | 234.67 |
| 002I | KOHL'S DEPARTMENT STORE | 8.70 | 8.70 |
| 003I | RECOVERY MANAGEMENT SYSTEMS CORP. | 14.62 | 14.62 |
| 004I | ICON DIRECT MARKETING | 10.55 | 10.55 |
| 006I | DUPAGE UROLOGY ASSOCIATES | 5.64 | 5.64 |
| 007I | COMMONWEALTH EDISON | 79.06 | 79.06 |
| | | TOTAL          $ | 353.24 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

| Unsecured  005 | ICON DIRECT MARKETING | $ | 196.00 | Withdrawn |
| | P.O. BOX 4087 | | | |
| | LOGAN, UT  84323- | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____    _____

DAVID GROCHOCINSKI, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

| | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 6,632.50 | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 108.45 | |
| | | | 6,740.95 |
| **Accountant for Trustee** | | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC Fees | 0.00 | 900.00 | |
| | | | 900.00 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| TOTALS | $      0.00 | $      7,640.95 | $      7,640.95 |

1