**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>HART, DONNA<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-60146 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: DuPage County Courthouse
    505 N County Farm Road, Room 2000
    Wheaton, IL 60187

    On: **August 24, 2007**
    At: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                  $        17,537.49

    b. Disbursements                             $             0.00

    c. Net Cash Available for Distribution       $        17,537.49

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 0.00 | $900.00 | |

| | | |
|---|---|---|
| (Trustee's Accountant Fees) | | |
| CLERK, U.S. BANKRUPTCY COURT | 0.00 | $250.00 |
| (US Bankruptcy Court ) | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 0.00 | $6,632.50 |
| (Trustee's Firm Legal Fees) | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 0.00 | $108.45 |
| (Trustee's Firm Legal Expenses) | | |
| DAVID GROCHOCINSKI, TRUSTEE | 0.00 | $2,503.75 |
| (Trustee Fees) | | |
| DAVID GROCHOCINSKI, TRUSTEE | 0.00 | $229.50 |
| (Trustee Expenses) | | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $4,987.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | AMERICAN EXPRESS TRAVEL RELATED SERVICES CO | $ 4,358.01 | $ 4,358.01 |
| 001I | AMERICAN EXPRESS TRAVEL RELATED SERVICES CO | $ 234.67 | $ 234.67 |
| 002 | KOHL'S DEPARTMENT STORE | $ 161.55 | $ 161.55 |
| 002I | KOHL'S DEPARTMENT STORE | $ 8.70 | $ 8.70 |
| 003 | RECOVERY MANAGEMENT SYSTEMS CORP. | $ 271.52 | $ 271.52 |
| 003I | RECOVERY MANAGEMENT SYSTEMS CORP. | $ 14.62 | $ 14.62 |

| | | | |
|---|---|---:|---:|
| 004 | ICON DIRECT MARKETING | $ 196.00 | $ 196.00 |
| 004I | ICON DIRECT MARKETING | $ 10.55 | $ 10.55 |
| 006 | DUPAGE UROLOGY ASSOCIATES | $ 104.82 | $ 104.82 |
| 006I | DUPAGE UROLOGY ASSOCIATES | $ 5.64 | $ 5.64 |
| 007 | COMMONWEALTH EDISON | $ 1,468.15 | $ 1,468.15 |
| 007I | COMMONWEALTH EDISON | $ 79.06 | $ 79.06 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: NONE


Dated: **July 31, 2007**          For the Court,

By: **KENNETH S GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: DAVID GROCHOCINSKI, TRUSTEE
Address: 1900 RAVINIA PLACE
ORLAND PARK, IL 60462
Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

| | | |
|---|---|---|
| IN RE: | | CHAPTER 7 CASE |
| HART, DONNA | | |
| | | CASE NO. 05B-60146 JS |
| | | JUDGE JOHN SQUIRES |
| Debtor(s) | | |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---:|
| 1. | Trustee's compensation | $ | 2,503.75 |
| 2. | Trustee's expenses | $ | 229.50 |
| | TOTAL | $ | 2,733.25 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---:|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 6,632.50 |
| | b. Expenses | $ | 108.45 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 900.00 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 compensation | $ | 0.00 |

**EXHIBIT G**

      d. Chapter 11 Expenses    $_____0.00

3.    Other Professionals

          TOTAL    $_____7,640.95

    IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____ , 200____ .

          ENTERED _____
                    JOHN SQUIRES
                    UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT G**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

Case 05-60146    Doc 31    Filed 07/31/07    Entered 08/03/07 00:47:35    Desc Imaged
                           Certificate of Service    Page 6 of 6

# CERTIFICATE OF SERVICE

```
District/off: 0752-1                User: amcc7                    Page 1 of 1              Date Rcvd: Jul 31, 2007
Case: 05-60146                      Form ID: pdf002                Total Served: 34

The following entities were served by first class mail on Aug 02, 2007.
 db            +Donna Lynn Hart,    7727 Lester Ln,    Darien, IL 60561-5032
 aty           +Arthur W Rummler,    Grochocinski, Grochoinski & Lloyd Ltd,    1900 Ravinia Place,
                 Orland Park, IL 60462-3760
 aty           +Rosario A Picone,    715 W Lake St   Ste 515,    Oak Park, IL 60301-1414
 tr            +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
                 Orland Park, IL 60462-3760
10406441       +AMC Accounting Solutions,    1240 Iroquois Suite 208,    Naperville, IL 60563-1663
10406438       +AT&T Long Distance,    RMA,    1500 Commerce Drive,    Mendota Heights, MN 55120-1023
10406385       +Adventist Hinsdale Hospital,    C/O Malcolm S General & Associates,    332 South Michigan Ave,
                 Suite 600,    Chicago, IL 60604-4318
10406390       +American Express,    C/O United Recovery Systems,    5800 North Course Drive,
                 Houston, TX 77072-1613
10609527        American Express Travel Related Svcs Co,    Inc Corp Card,    c/o Becket and Lee LLP,    POB 3001,
                 Malvern PA 19355-0701
10406440       +BP,    The Credit Card Center,    POB 9014,    Des Moines, IA 50368-9014
10406394       +Capital One,    POB 30285,    Salt Lake City, UT 84130-0285
10406393       +Capital One Services,    POB 85015,    Richmond, VA 23285-5015
10406389       +Citi Platinum Select,    POB 91778,    Albuquerque, NM 87199-1778
10406379       +Cole Taylor Bank,    POB 88481,    Chicago, IL 60680-1481
10406442       +CommonWealth Edison,    System Credit/Bankruptcy Dept,    2100 Swift Drive,
                 Oak Brook, IL 60523-1559
10406386        DuPage Radiology Hinsdale,    C/O ATG Credit LLC,    Chicago, IL 60614
10406388       +DuPage Urology Associates,    950 N York Rd #208,    Hinsdale, IL 60521-8609
11031843       +Dupage Urology Associates,    1259 Rickert Dr,    Suite 200,    Naperville, IL 60540-8941
10406439       +Exxon Mobil,    POB 981064,    El Paso, TX 79998-1064
10406383       +Farmingdale Amico,    C/o Pierce Hamilton & Stern,    6931 Arlington Rd,    Suite 400,
                 Bethseda, MD 20814-5243
10406392       +First Premier Bank,    POB 5524,    Sioux Falls, SD 57117-5524
10406381       +Harlem Funiture,    Customer Service,    POB 2942,    Shawnee Mission, KS 66201-1342
10406382        Harris Bank,    Bankruptcy Dept,    150 W Wilson,    Palatine, IL 60067
10406387       +Hinsdale Anesthesia,    C/O Medical Business Bureau,    1175 Devin Dr,
                 Norton Shores, MI 49441-6079
10406391       +Household Bank Mastercard,    HSBC Card Services,    POB 80084,    Salinas, CA 93912-0084
10406384       +Icon Direct Marketing,    POB 4087,    Logan, UT 84323-4087
10406396       +Kohl's,    POB 3043,    Milwaukee, WI 53201-3043
10825392       +Kohl's Department Store,    c/o Creditors Bankruptcy Service,    P O Box 740933,
                 Dallas, TX 75374-0933
10406395       +Merrick Bank Visa,    POB 23356,    Pittsburgh, PA 15222-6356
10406398       +OfficeMax Credit Plan,    POB 9020,    Des Moines, IA 50368-9020
10832812       +Recovery Management Systems Corporation,    For GE Money Bank,    dba EXXONMOBIL,
                 25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10406380       +Saxon Mortgage Services,    POB 161489,    Ft Worth, TX 76161-1489
10406399       +Sprint,    POB 219554,    Kansas City, MO 64121-9554
10406397       +Village Green Management,    C/O Blitt and Gaines,    318 W Adams Suite 1600,
                 Chicago, IL 60606-5100
The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 acc            Alan Horewitch,    Scott Gordon Horewitch & Pidgeon LLC
 aty*          +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
                 Orland Park, IL 60462-3760
                                                                                              TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 02, 2007**                    **Signature:** *Joseph Speetjens*