## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN

IN RE:
HART, DONNA

Debtor(s)

CHAPTER 7 CASE

CASE NO. 05B-60146 JS

JUDGE JOHN SQUIRES

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 2,503.75 |
| 2. | Trustee's expenses | $ | 229.50 |
| | TOTAL | $ | 2,733.25 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for the Trustee<br>a. Compensation | $ | 6,632.50 |
| | b. Expenses | $ | 108.45 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee<br>a. Compensation | $ | 900.00 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 compensation | $ | 0.00 |

**EXHIBIT G**

    d. Chapter 11 Expenses                  $_____0.00

3.     Other Professionals

                                     TOTAL      $_____7,640.95

    IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

ENTERED

AUG 3 1 2007

John H. Squires Bankruptcy Judge
UNITED STATES BANKRUPTCY COURT

DATED
this     _____ day of _____, 200___.

ENTERED   _____
                       JOHN SQUIRES
                       UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT G**